1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,

                                              NO:  CR-11-12-RMP-1
8                          Plaintiff,

        v.                                    ORDER GRANTING
9                                             DEFENDANT'S MOTION FOR
    WHEELER JOSEPH PAAVOLA,                    INDEPENDENT EXPERT TESTING
                                              AND ORAL MOTION TO
10                         Defendant.         WITHDRAW HIS MOTION TO
                                              SEVER DEFENDANTS
11

12       Before the Court are the Defendant Wheeler Joseph Paavola's Motion for

13   Independent Expert Testing, ECF No. 99, and Oral Motion to Withdraw the

14   Motion to Sever, ECF No. 55.  The Court has reviewed the relevant pleadings and

15   the file and is fully informed.  This order is intended to memorialize and

16   supplement the Court's oral rulings at the pretrial hearing held on August 8, 2011

17   in Spokane.

18       Mr. Paavola has moved the Court to order the Government to make available

19   certain drug packaging items that were seized as evidence in this case.  ECF No.

20
    ORDER GRANTING DEFENDANT'S MOTION FOR INDEPENDENT
    EXPERT TESTING AND ORAL MOTION TO WITHDRAW HIS MOTION TO
    SEVER DEFENDANTS~ 1

99.  The Government has not opposed the motion.  ECF No. 102.  At the hearing on August 8, 2011, it became clear that the parties sought flexibility in scheduling an inspection or analysis of the evidence in light of ongoing negotiations.

Also at the August 8th hearing, Mr. Paavola orally moved the Court to withdraw his Motion to Sever Defendants, ECF No. 55.  The Government did not oppose the oral motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Defendant's Motion for Independent Expert Testing, **ECF No. 99**, is **GRANTED**.

2. The Government shall make the drug packaging items seized as evidence in this case available for inspection and analysis by the Defendant's expert.  The parties shall confer to determine when and how such evidence will be made available

3. The Defendant's oral motion to withdraw his Motion to Sever Defendants is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION FOR INDEPENDENT EXPERT TESTING AND ORAL MOTION TO WITHDRAW HIS MOTION TO SEVER DEFENDANTS~ 2

4.  The Defendant's Motion to Sever Defendants, **ECF No. 55**, is hereby

   **STRICKEN**.

   **IT IS SO ORDERED**.

   The District Court Executive is hereby directed to enter this Order and to

provide copies to counsel.

   **DATED** this 16th day of August, 2011.


                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    Chief United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION FOR INDEPENDENT
EXPERT TESTING AND ORAL MOTION TO WITHDRAW HIS MOTION TO
SEVER DEFENDANTS~ 3