PROB 12C
(6/16)

Report Date:  June 11, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 15, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wheeler Joseph Paavola          Case Number: 0980 2:11CR00012-RLP-1

Address of Offender: ███████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 25, 2012

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute (5) Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 188 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: March 31, 2026 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 30, 2031 |

### PETITIONING THE COURT

To issue a summons

On April 1, 2026, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Paavola as outlined in the judgment and sentence. Mr. Paavola acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Paavola allegedly violated the terms of his supervised release by consuming methamphetamine on or about May 17, 2026.

On May 21, 2026, Mr. Paavola admitted to consuming methamphetamine on or about May 17, 2026, to the undersigned officer and signed a written admission form.

On May 22, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine and fentanyl. Additionally, Mr. Paavola signed a written admission for consuming these controlled substances on or about May 17, 2026.

On June 1, 2026, Alere Laboratory confirmed Mr. Paavola's urine samples were in fact positive for methamphetamine and fentanyl.

Prob12C

**Re: Paavola, Wheeler Joseph**
**June 11, 2026**
**Page 2**

**Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Paavola allegedly violated special condition 15, by failing to report for substance abuse treatment on May 27, 2026.

On May 27, 2026, the undersigned was notified by Pioneer Human Resources (PHS) that the offender was no show for his scheduled treatment session.

**Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Paavola allegedly violated the terms of his supervised release by failing to appear for random urinalysis testing as directed on June 2, 2026.

On April 14, 2026, Mr. Paavola was advised he would be placed on the phase urinalysis testing program at PHS. Mr. Paavola was further advised he would be on the urinalysis testing color gold. He was directed to call the testing line daily, and was to report to PHS on the days gold was called, in order to submit to urinalysis testing. Mr. Paavola acknowledged an understanding of this process.

On June 2, 2026, Mr. Paavola failed to report to PHS to submit to urinalysis testing, as his previously assigned color, gold, was scheduled to test on that date.

**Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine and fentanyl on or about June 3, 2026.

On June 10, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine and fentanyl. Additionally, Mr. Paavola signed a written admission for consuming methamphetamine, but unaware of fentanyl use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/11/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

**Prob12C**
**Re: Paavola, Wheeler Joseph**
**June 11, 2026**
**Page 3**

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[✓]     The Issuance of a Summons
[  ]     The incorporation of the violations contained in this petition
         with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[✓]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

June 15, 2026
_____
Date