PROB 12C
(6/16)

Report Date: August 12, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 12, 2026
SEAN F. McAVOY, CLERK

ECF No. 221

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wheeler Joseph Paavola Case Number: 0980 2:11CR00012-MKD-1

Address of Offender: [redacted] Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 25, 2012

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute (5) Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 188 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Ellis | Date Supervision Commenced: March 31, 2026 |
| Defense Attorney: | Layton Olivia Sussman | Date Supervision Expires: March 30, 2031 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/11/2026.

On April 1, 2026, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Paavola as outlined in the judgment and sentence. Mr. Paavola acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Paavola allegedly violated the terms of his supervised release by failing to appear for random urinalysis testing as directed on July 21, 2026.<br><br>On June 10, 2026, Mr. Paavola was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Paavola was further advised he would be on the urinalysis testing color brown #2. He was directed to call the testing line daily, and was to report to PHS on the days brown #2 was called, in order to submit to urinalysis testing. Mr. Paavola acknowledged an understanding of this process.<br><br>On July 21, 2026, Mr. Paavola failed to report to PHS to submit to urinalysis testing, as his previously assigned color, brown #2, was scheduled to test on that date. |

6 **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Paavola allegedly violated special condition 15, by failing to report for substance abuse treatment on July 23, 2026.

On July 23, 2026, the undersigned was notified by PHS that the offender failed attend his scheduled treatment session.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/12/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke
Signature of Judicial Officer

8/12/2026
Date