ECF No. 226

PROB 12C
(6/16)

Report Date: August 24, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Wheeler Joseph Paavola Case Number: 0980 2:11CR00012-MKD-1

Address of Offender: [redacted] Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 25, 2012

Original Offense: Possession with Intent to Distribute five (5) Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(B)(viii)

Original Sentence: Prison - 188 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Michael James Ellis

Date Supervision Commenced: March 31, 2026

Defense Attorney: Layton Olivia Sussman

Date Supervision Expires: March 30, 2031

---

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/11/2026 and 8/12/2026.

On April 1, 2026, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Paavola as outlined in the judgment and sentence. Mr. Paavola acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Paavola allegedly violated the terms of his supervised release by failing to provide a random urinalysis as directed on August 19, 2026.

On June 10, 2026, Mr. Paavola was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Paavola was further advised he would be on the urinalysis testing color brown #2. He was directed to call the testing line daily, and was to report to PHS on the days brown #2 was called, in order to submit to urinalysis testing. Mr. Paavola acknowledged an understanding of this process.

On August 19, 2026, Mr. Paavola failed to provide a sample during the allotted time frame for urinalysis testing, resulting in a "stalled" test.

8 **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: It is alleged Paavola violated the above-stated condition on August 20, 2026. On this date, Mr. Paavola was contacted in the District of Idaho by the Post Falls Police Department (PFPD) when an association of his was arrested following a drug investigation pursuant to a PFPD incident report. Mr. Paavola did not have permission to leave the Eastern District of Washington by the Court or the probation office.

9 **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: It is alleged Paavola violated the above-stated condition on August 20, 2026. On this date, Mr. Paavola was contacted in the District of Idaho by the Post Falls Police Department (PFPD) when an association of his was arrested following a drug investigation pursuant to a PFPD incident report. Mr. Paavola did not have permission to associate with this individual who additionally is on federal supervision.

10 **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine on or about August 21, 2026.

On August 21, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine. Mr. Paavola denied any use when confronted by U.S. probation officers. Mr. Paavola's urine sample was sent off to Alere Laboratory for further testing.

On August 24, 2026, Mr. Paavola was again asked about his use of controlled substances. He eventually admitted to using methamphetamine on or about August 20, 2026.

At the time the time of this petition, Mr. Paavola's sample remains pending.

11 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: It is alleged Paavola violated the above-stated condition on August 21, 2026. On this date, Mr. Paavola was asked repeatedly by U.S. probation officers about any use of controlled substances. Mr. Paavola adamantly denied any recent drug use.

On August 24, 2026, Mr. Paavola was again asked about his use of controlled substances. He eventually admitted to using methamphetamine on or about August 20, 2026.

12 **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: It is alleged that Mr. Paavola violated the terms of his supervised release by consuming methamphetamine, MDMA and fentanyl on or about August 22, 2026.

On August 24, 2026, Mr. Paavola provided a urine sample that tested presumptive positive for methamphetamine, MDMA and fentanyl. Mr. Paavola signed an admission form to using methamphetamine, MDMA and fentanyl on or about August 22, 2026.

At the time the time of this petition, Mr. Paavola's sample remains pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/24/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 24, 2026

Date